**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO: 8:04-CR-592-T-30TGW

MICHAEL A. HORNE
_____/

## ORDER OF REFERRAL

**THIS COURT** has for its consideration the Motion to Withdraw Bryant R. Camareno as Counsel for Defendant <u>After Sentencing</u> and Motion to Appoint an Appellate Attorney for Purposes of Appeal (Dkt. #88). The Court hereby refers the Motion to Magistrate Judge Thomas Wilson for disposition of same. The Court requests that the Magistrate Judge dispose of the Motion(s) as expeditiously as possible.

**DONE** and **ORDERED** in Tampa, Florida on August 8, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Magistrate Judge Thomas Wilson
Counsel/Parties of Record

S:\PDF TEMP FILE\04-cr-592.referral.wpd